E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
1501 N. Broadway, Suite 261
Walnut Creek, CA 94596
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

Sherry Virginia Seitzinger

           Debtor

Chapter 11 Case No.: 20-51623-SLJ

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO EXTEND AUTOMATIC STAY

      PLEASE TAKE NOTICE that the Debtor filed a Motion to Extend Automatic Stay. Parties in interest are urged to review the Motion a copy of which is attached hereto.

      PLEASE TAKE NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 4001-2(d) AND 9014-1 (b)(3) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ANY OBJECTION TO THE RELIEF REQUESTED HEREUNDER, OR ANY REQUEST FOR A HEARING HEREON, MUST BE FILED AND SERVED ON DEBTOR AND ITS ATTORNEYS OF RECORD HEREIN WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.

      PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 4001-2(d) AND 9014-1 (b)(3) OF THE UNITED STATES BANKRUPTCY

1

COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, IF A TIMELY OBJECTION HERETO OR A TIMELY REQUEST FOR A HEARING HEREON IS MADE, IT SHALL BE THE RESPONSIBILITY OF DEBTOR AND/OR ITS ATTORNEY OF RECORD HEREIN TO GIVE AT LEAST SEVEN (7) DAYS' WRITTEN NOTICE TO THE OBJECTING OR REQUESTING PARTY AND ANY TRUSTEE OR COMMITTEE APPOINTED HEREUNDER.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 4001-2(d) AND 9014-1 (b)(3) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT ANY OBJECTION HERETO OR REQUEST FOR A HEARING HEREON MUST BE ACCOMPANIED BY ANY DECLARATION OR MEMORANDA OF LAW THE OBJECTION OR REQUESTING PARTY WISHES TO PRESENT IN SUPPORT OF ITS POSITION.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY LOCAL RULE 9014-1 (b)(3) OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THAT IF NO TIMELY OBJECTION HERETO IS RAISED OR IF NO TIMELY REQUEST FOR A HEARING HEREON IS MADE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT HEREUNDER BY DEFAULT.

Date: November 23, 2020        /s/ E. Vincent Wood
                               E. Vincent Wood, Attorney for Debtor