E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
1501 N. Broadway, Suite 261
Walnut Creek, CA 94596
Tel. (925) 278-6680
Fax. (925) 955-1655

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    Sherry Virginia Seitzinger

                          Debtor

Chapter 11 Case No.: 20-51623-SLJ

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

I, Sherry Virginia Seitzinger, hereby declare as follows:

1. I am the Debtor in the above-referenced case.

2. My prior Chapter 11 was dismissed on October 28, 2020 because I failed to file all required bankruptcy schedules.

3. I expect my income to increase with more near-term income from renting my properties.

4. My prior bankruptcy cases failed because I did not have legal counsel to assist me with the bankruptcy process.

5. In 2013, I had legal representation but could not complete the Chapter 13 due to recovering from severe complications from cancer.

6. I have now hired counsel for bankruptcy legal services and paid the upfront attorney fees so that I can fully prosecute this case.

7. My petition in this case has been filed in good faith.

8. I am NOT attempting to hinder or delay or defraud our creditors.

9. I believe that the Chapter 11 plan will be confirmed and that I will be able to fully perform under the terms of the plan.

10. I request a continuation of the automatic stay.

The above facts are known to me personally and if called to testify, I could and would so testify. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 23, 2020        /s/ Sherry Virginia Seitzinger
                               Sherry Virginia Seitzinger