

The following constitutes the order of the Court.
Signed: February 17, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

SHERRY VIRGINIA SEITZINGER,

           Debtor.

Case No.: 20-51623 SLJ

Chapter 11

Date: February 16, 2021
Time: 2:00 p.m.
Ctrm: 9 (Remote)

## ORDER GRANTING IN PART AND DENYING IN PART MOTION EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

Debtor's Motion for Order Extending the Automatic Stay as to All Creditors ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons orally stated on the record,

IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED in part and DENIED in part.

2. The Motion is DENIED as to Bank of the West and Fremont Tech Center Association, Inc.

3. The Motion is GRANTED as to all other creditors.

*** END OF ORDER***

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND STAY
-1-

**COURT SERVICE LIST**

ECF Notifications

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND STAY
-2-