E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
1501 N. Broadway, Suite 261
Walnut Creek, CA 94596
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br>Sherry Virginia Seitzinger<br><br>Debtor in possession. | Chapter 11 Case No. 20-51623-SLJ<br><br>DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES, AND TO PAY BROKERS COMMISSION, TAXES AND CLOSING COSTS [11 U.S.C. § 363(b), (f)]<br><br>[No hearing required unless requested] |

I, Sherry Virginia Seitzinger, hereby declare:

1. I am over the age of eighteen years and am a resident of Alameda County, California. I have personal knowledge of the facts attested to in the declaration and, if called upon to do so, could and would competently testify thereto;

2. I am the "Debtor-in-Possession" in the Chapter 11 bankruptcy case pending before the United States Bankruptcy Court for the Northern District of California, San Jose Division, Case No. 20-51623-SLJ.

3. I have personal knowledge of my properties, and their operations, values, income and expenses.

4. The Property is a Commercial property. There is one deed of trust and two judgement liens encumbering the Property. The value and encumbrance data regarding the Property as provided in the Estimated Sellers Statement is as follows: (Exhibit B):

    Property address: 2722 Bayview Drive, Fremont, California

    Description: Commercial Property

    Sale price: $1,275,000

    1st Deed of Trust Encumbrance (Bank of the West): $388,857.61

    Alameda County Tax Collector Encumbrance: $9,466.04.

    Fremont Technology Center: $182,356.46

    Richard Ladden: $629,294.46

    Buyer's Broker 2.5% Commission: $31,875.00

    Estimated Proceeds: $1,245,933.57

5. I have agreed to sell the Property to David Park (the "Buyer") for a sale price of $1,275,000 (the "Sale Price"), subject to overbid and Bankruptcy Court approval. A true copy of the purchase and sale agreement attached to Exhibit "C" to the Motion.

6. I make this declaration of my own personal knowledge and could and would testify competently thereto if called upon to do so. As to any matters stated on information and belief, I believe my information to be true and correct.

7. I have conducted due diligence on the Buyers, and to the best of my knowledge, I have no connection to the Buyers nor any connection with any other bidders on the Property.

8. I believe that the Buyer's offer was submitted in good faith and that the Buyer should qualify for the protections of 11 U.S.C. § 363(m) as a good faith purchaser.

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on April 16, 2021, at Fremont California.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | /s/ Sherry Virginia Seitzinger<br>Sherry Virginia Seitzinger, Debtor |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |