Phillip G. Vermont, SBN 132035
**RANDICK O'DEA TOOLIATOS VERMONT & SARGENT, LLP**
5000 Hopyard Road, Suite 225
Pleasanton, California   94588
Telephone:    (925) 460-3700
Facsimile:     (925) 460-0969
pvermont@randicklaw.com

Attorneys for Creditor,
FREMONT TECH CENTER ASSOCIATION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 20-51623 SLJ 11 |
| Sherry Virginia Seitzinger, | Chapter 11 |
| Debtor in possession. | **CREDITOR, FREMONT TECH CENTER ASSOCIATION INC.'S CONDITIONAL OPPOSITION TO DEBTOR IN POSSESSION'S MOTION FOR AN ORDER:** <br><br> 1. **AUTHORIZING SALE OF THE PROPERTY LOCATED AT 2722 BAYVIEW DRIVE, FREMONT, CALIFORNIA;** <br><br> 2. **ORDERING THAT THE SALE BE FREE AND CLEAR OF ANY CLAIMS AND INTEREST;** <br><br> 3. **AUTHORIZING THE PAYMENT OF BROKERS COMMISSION, TAXES AND CLOSING COSTS [11 U.S.C. §363(b), (f)]** |

**CONDITIONAL OPPOSITION TO DEBTOR'S MOTION
AUTHORIZING SALE OF REAL PROPERTY**

**A.     SUMMARY OF OPPOSITION**

Fremont Tech Center Association ("Fremont"), the Owner's Association where the

1

subject real property is located, conditionally opposes the debtor's Motion Authorizing the Sale of Real Property on the grounds that the amount of the claim stated for Fremont in the brief is inaccurate.

Fremont directs the court to its Joinder filed February 9, 2021, as Document No. 70 in this action, and Exhibit A to the Joinder, reflecting the history of defaults by Ms. Seitzinger and attaching the various ledgers showing the dues and utilities owed by Ms. Seitzinger. The dues continue to accrue, so that the amount of the claim continues to increase, as Ms. Seitzinger continues to not pay the Association dues.

The Document No. 70 also attaches the Judgment and various Orders granted in the Alameda County Superior Court, case No. HG15791641, wherein Ms. Seitzinger is ordered to pay the past dues.

**B.     THE AMOUNT OF THE CLAIM IS $197,389.33**

Based on the recorded Notice of Lien, the Judgment, the CC&R's, the Court Order for Attorney Fees, and the interest due on the various judgments and orders, the actual claim of Fremont is as follows:

```
1) Association Dues ..........................................................$121,511.29
2) Interest at 10% per annum starting
     January 21, 2020 on Judgment of $69,377.41
     (or $19.00 per day for 454 days)..................................$   8,626.00
3) Attorney Fees awarded (May 26, 2020) ..........................$  55,000.00
4) Interest at 10% per annum
     ($15.06 per day for 328 days).......................................$   4,939.68
5) Attorney Fees incurred from May 26, 2020
     to current date (April 19, 2021) ...................................$   7,312.36

Total ...................................................................................$197,389.33
```

///
///

CONDITIONAL OPPOSITION TO DEBTOR'S MOTION
AUTHORIZING SALE OF REAL PROPERTY; CASE NO.: 20-51623 SLJ 11

Case: 20-51623    Doc# 87    Filed: 04/21/21    Entered: 04/21/21 14:42:02    Page 2 of 4

### C. CONCLUSION

While Fremont accepts the sale of the property at 2722 Bayview Drive, Fremont, CA, Fremont requests that the Court order Ms. Seitzinger and her son, Daniel Seitzinger, to vacate the premises as part of that sale, and that the lien to satisfy the judgment, court orders and unpaid dues in the amount of $197,389.33 be granted in favor of Fremont.

Date: April 21, 2021

RANDICK O'DEA TOOLIATOS
VERMONT & SARGENT, LLP

By: */s/ Phillip G. Vermont*
_____
Phillip G. Vermont
Attorneys for Creditor,
FREMONT TECH CENTER
ASSOCIATION, INC.

# CERTIFICATE OF SERVICE

I, Sue Betti, submitted the attached document through Electronic Case Filing (ECF) on April 21, 2021. By filing electronically, it was served by the Court on all parties registered with ECF in this case.

In addition, on April 21, 2021 (By U.S. Mail), I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California to:

E. Vincent Wood, Esq.
Debtor's attorney
Law Offices of E. Vincent Wood
1501 N. Broadway #261
Walnut Creek, CA  94596

U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA  95113-3004

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2021, at Pleasanton, CA.

/s/ Sue Betti
_____
Sue Betti