E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
1501 N. Broadway, Suite 261
Walnut Creek, CA 94596
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

Sherry Virginia Seitzinger

　　　　Debtor(s) in possession.

Chapter 11 Case No. 20-51623-SLJ

**DECLARATION OF E. VINCENT WOOD IN SUPPORT OF DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE**

Date: June 3, 2021
Time: 10:00 A.M.
Courtroom: via Tele/Videoconference

Hon. Stephen L. Johnson

I, E. Vincent Wood, declare as follows:

1. I am the general insolvency counsel for Sherry Virginia Seitzinger (the "Debtor").

2. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

3. I prepared this Declaration in support of the Debtor's Response to Order to Show Cause.

4. On June 1, 2021, I was informed by the Buyer's real estate agent that the Buyer's loan had been approved.

5. I filed a Motion to Extend Time to Confirm a Chapter 11 Plan of Reorganization on May 28, 2021 (Dkt #100) and requested that the court shorten time hear the matter on June 3, 2021. (Dkt #102).

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on June 1, 2021, at Walnut Creek California.

By: /s/ E. Vincent Wood
E. VINCENT WOOD
Attorney for Sherry Virginia Seitzinger,
Debtor-In-Possession